**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Carlos F. Ugalde Alvarez*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Carlos.Ugalde.Alvarez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2040*

September 6, 2026

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Cuzco Ortiz v. Soto, et al.*, No. 26-cv-11531 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody today, September 6, 2026, at 5:55 p.m. We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Carlos F. Ugalde Alvarez*
CARLOS F. UGALDE ALVAREZ
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/8/26